660 A.2d 500

IN THE MATTER OF HOWARD Z. BUCKNER, AN ATTORNEY AT LAW.

July 10, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court recommending that **HOWARD Z. BUCKNER** of **EDISON**, who was admitted to the bar of this State in 1981, be reprimanded for violating *RPC* 8.4(c) by signing the name of a client to a deed with only the oral authorization of the client;

And the Disciplinary Review Board further recommending that the charges of violation of *RPC* 8.4(a) and *RPC* 8.4(b) be dismissed for lack of clear and convincing evidence;

And **HOWARD Z. BUCKNER** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **HOWARD Z. BUCKNER** is hereby reprimanded; and it is further

ORDERED that the charges of violation of *RPC* 8.4(a) and (b) be dismissed for lack of clear and convincing evidence; and it is further

ORDERED that entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.

WITNESS, the Honorable Robert N. Wilentz, Chief Justice, at Trenton, this 5th day of July, 1995.